**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Chambers County, Texas v. Pelco Construction Company

Appellate case number:   01-18-00832-CV

Trial court case number:  CV26356

Trial court:                    344th District Court of Chambers County

On February 18, 2021, appellee Pelco Construction Company filed a Second Unopposed Motion for Extension of Time to File Motion for Rehearing (the "Motion"). The Motion requests an extension of time until February 22, 2021 to move for rehearing. The Motion is **granted**.

It is so ORDERED.

Judge's signature: /s Amparo Guerra_____
                         Acting individually

Date:  February 23, 2021